**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 98-10509**

_____

**In the Matter of:  BERRYMAN PRODUCTS, INC.,**

**Debtor.**

**NATIONWIDE MUTUAL INSURANCE COMPANY,**

**Appellant,**

**versus**

**BERRYMAN PRODUCTS, INC.,**

**Appellee.**

_____

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(95-CV-379)**

_____

September 13, 1999

Before DUHÉ, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

   **DISMISSED** as moot.  _See_ _**Nationwide Mutual Ins. Co. v. Berryman Products, Inc. (In re Berryman Products, Inc.)**_, 159 F.3d 941 (5th Cir. 1998).

_____

   [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.